UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-21057-CIV-WILLIAMS

LUIS OTEGUI, et al.,

    Plaintiffs,

vs.

CITY WORKS CONSTRUCTION, LLC, et al.,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Andrea M. Simonton's report and recommendations (DE 59) on Plaintiff's "Motion to Enforce Settlement Agreement and for Attorneys' Fees and Costs" (DE 54). Defendant did not file objections to the Report, and the time for doing so has passed.

In her Report, Judge Simonton recommends that Plaintiff's motion (DE 54) be denied for lack of jurisdiction. In support of this recommendation, Judge Simonton points out that the Court's order approving the Parties' settlement agreement and dismissing the case (DE 53) contained no language retaining jurisdiction to enforce the terms of the settlement agreement, and Plaintiff does not argue that the settlement agreement was conditioned on the Court's retention of jurisdiction. (DE 59 at 4-7, n.3). Additionally, Judge Simonton notes that, even if the Court had retained jurisdiction to enforce the terms of the settlement agreement as requested by the Parties, the requested jurisdictional period ended on November 1, 2015, nearly six months before

this motion to enforce the terms of the settlement agreement was filed. (DE 59 at 7-10; see DE 52-1 ¶ 14).

The Court has independently reviewed the Report, the motion, and the record, and agrees with Judge Simonton's recommendations. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 59) are **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion (DE 54) is **DENIED**.

3. All other motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 17th day of February 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE